THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MAMIE ZATTI, Defendant.
CARMELO LAMPASONA, Appellant.

(Submitted June 10, 1929; decided June 13, 1929.)

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH FRIEDMAN, Defendant.
CARMELO LAMPASONA et al., Appellants.

(Submitted June 10, 1929; decided June 13, 1929.)

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.